IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **KAMON ROSS,** | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Case No.: 1:22-CV-2617-AT |
| | * | |
| **REES 394, LLC,** | * | |
| **Defendant.** | * | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff and Defendant hereby respectfully request that this Court administratively close the file to allow thirty (30) days within which to complete the settlement, during which time Plaintiff and Defendant request that the Court retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 18th day of August, 2022.

__/s/ *Julie McCollister*_____
Julie McCollister, Esq.
Counsel for Plaintiff
Georgia State Bar No.: 450726
McCollister Law, LLC
P.O. Box 2525
Blairsville, GA 30514
(706)745-0057
jbmccollister@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2022, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, Northern District of Georgia, via the Court Clerk's CM/ECF system, resulting in a true and correct copy of the same to be delivered to the following:

> Elizabeth Clack-Freeman
> Andersen, Tate & Carr, P.C.
> One Sugarloaf Centre, Suite 4000
> 1960 Satellite Boulevard
> Duluth, Georgia 30097
> Tel: (770) 822-0900
> lcfreeman@atclawfirm.com

>                 /s/ *Julie McCollister*
>                 Julie McCollister

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

>                 _/s/ *Julie McCollister*_____
>                 Julie McCollister