IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAMON ROSS, | : |
| Plaintiff, | : |
| v. | : |
| REES 394, LLC, | : CIVIL ACTION NO. |
| | : 1:22-cv-2617-AT |
| Defendant. | : |

## **ORDER**

Presently before the Court is Plaintiff's Notice of Settlement [Doc. 7] in which he states that a settlement agreement has been reached and requests time to file a stipulation of dismissal.

As no matters remain pending before the Court, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action. The parties are directed to file a stipulation of dismissal within **SIXTY (60) DAYS** of the entry date of this Order. Should settlement not be consummated by that time, the Parties may move to reopen this action.

It is further **ORDERED** that the Court retains jurisdiction to vacate this order of dismissal and to reopen the action, if necessary. If neither a stipulation of dismissal nor a motion to re-open the case are filed within the sixty days, this action will be dismissed with prejudice.

**SO ORDERED** this 18th day of August, 2022.

                                                **Amy Totenberg**
                                                **United States District Judge**