## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**KAMON ROSS,**
    **Plaintiff,**      *

     *

**v.**      *      **Case No.: 1:22-CV-2617-AT**

     *

**REES 394, LLC,**      *

    **Defendant.**      *

### ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation [Doc. 9],

and the Consent Decree attached thereto [Doc. 9-1 ], and for good cause shown, the

relief requested in the Stipulation is **GRANTED**. The Court shall retain jurisdiction

to enforce the parties' Consent Decree, and this case is **DISMISSED** with prejudice.

Each party shall bear their own attorney's fees and costs except as detailed in the

parties' Consent Decree.

**SO ORDERED**, this _29th_ day of _____August_____, 2022.

_____

Hon. Amy Totenberg
Senior United States District Judge